IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEREMY FORNOFF                                                                 PLAINTIFF

v.                             Case No. 5:17-CV-5117

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations (Doc. 15) from United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 14th day of May, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE